In the District Court of the
United States District of South Carolina
Anderson/Greenwood Division

John L Barfield

v

Teressa Cunningham
Felisha Wilson
Michael Nunn

Answer to Summary Judgment

No 8:20-CV-02388-DCN-JDA

RECEIVED
USDC CLERK, GREENVILLE, SC
2021 JAN 24 PM 1:08

RECEIVED
USDC CLERK, GREENVILLE, SC
2021 JAN 25 PM 3:22