6719 FriendField Rd
Effingham S.C. 29541

RECEIVED
USDC CLERK, GREENVILLE, SC
2021 JAN 24 PM 1:08

Office of the Clerk
300 E Washington St

Greenville S.C 29601

ITEM X-RAYED BY
USMS
1-25-
Signature        Date

