John L Barfield
   Plaintiff
       V
Teressa Cunningham
Felisha Wilson
Michael Nunn

# 8:20-CV-02388-DCN-JDA

Objections to Report and Recomendation

RECEIVED USDC CLERK, GREENVILLE, SC 2021 MAR 29 AM 10:29

The court recomended Summary Judgement Granted to the Defendands Due to the fact That I the plaintiff will only be in the detention center a short time this is untrue I have been here 20 months with no bond. The No Bond is a very Strong indicator that I was Going to be here, past the three months it takes I will Be here another year or so according to my lawyer awaiting trial "Vick Matz 843-445-3055"! Seeing as a Detention Center is no longer a short term facility for people with offenses of Armed Robbery and Greater 2 to 3yrs, which is no short term when looking at the Damage that can be done to the Liver During this time.

J/L Barfield

John L Barfield
6719 Friendfield Rd
Effingham S.C. 29541
3-24-21